JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VU NGUYEN, an individual<br><br>Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. EDCV12-00098-GW(DTBx)<br><br>The Honorable George H. Wu<br><br>**JUDGMENT**<br><br>Hearing Date:<br>Date:    April 8, 2013<br>Time:   8:30 a.m.<br>Ctrm:   10<br><br>SAC Filed:    June 13, 2012<br>FAC Filed:    February 27, 2012<br>Complaint Filed:    December 20, 2011 |

On April 8, 2013, the Court granted defendant Aurora Loan Services LLC's (**Aurora**) Motion for Summary Judgment (Dkt. No. 38), on plaintiff's remaining causes of action for violations of 15 U.S.C. § 1639f and CAL. BUS. & PROF. CODE § 17200, as pled in the Second Amended Complaint filed by plaintiff Vu Nguyen (**plaintiff**). Therefore, for good cause appearing,

IT IS ORDERED, ADJUDGED and DECREED that JUDGMENT is hereby entered in favor of Aurora and against plaintiff.

1    IT IS SO ORDERED.

2

3    Dated: April 11, 2013               _____
                                          THE HONORABLE GEORGE H. WU
4                                         UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28