JS-6

1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 | VU NGUYEN, an individual

Case No. EDCV12-00098-GW(DTBx)

11 |     Plaintiff,

The Honorable George H. Wu

12

13 | v.

**JUDGMENT**

14 | AURORA LOAN SERVICES, LLC;
ALL PERSONS UNKNOWN
15 | CLAIMING ANY LEGAL OR
EQUITABLE RIGHT, TITLE,
16 | ESTATE, LIEN OR INTEREST IN THE
PROPERTY DESCRIBED IN THE
17 | COMPLAINT ADVERSE TO
PLAINTIFF'S TITLE OR ANY
18 | CLOUD ON PLAINTIFF'S TITLE
THERETO; and DOES 1 through 20,
19 | inclusive,

20 |     Defendants.

Hearing Date:
Date:    April 8, 2013
Time:   8:30 a.m.
Ctrm:   10

SAC Filed:     June 13, 2012
FAC Filed:     February 27, 2012
Complaint Filed:   December 20, 2011

21

22       On April 8, 2013, the Court granted defendant Aurora Loan Services LLC's

23 (**Aurora**) Motion for Summary Judgment (Dkt. No. 38), on plaintiff's remaining

24 causes of action for violations of 15 U.S.C. § 1639f and CAL. BUS. & PROF. CODE §

25 17200, as pled in the Second Amended Complaint filed by plaintiff Vu Nguyen

26 (**plaintiff**).  Therefore, for good cause appearing,

27       IT IS ORDERED, ADJUDGED and DECREED that JUDGMENT is hereby

28 entered in favor of Aurora and against plaintiff.

1        IT IS SO ORDERED.

2

3    Dated:  April 11, 2013                    _____
                                               THE HONORABLE GEORGE H. WU
4                                              UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] JUDGMENT**